ADR

E-FILING

ORIGINAL FILED

07 OCT -1 PM 3: 17

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. CA. S.J

1   KRONENBERGER BURGOYNE, LLP
2   Karl S. Kronenberger (Cal. Bar No. 226112)
        karl@kronenbergerlaw.com
3   Deepa Krishnan (Cal. Bar No. ____)
        deepa@kronenbergerlaw.com
4   150 Post Street, Suite 520
5   San Francisco, CA 94108
    Telephone: (415) 955-1155
6   Facsimile: (415) 955-1158

7   Attorneys for Plaintiff
8   Japan Corporate News Network K.K.,
    a California Partnership
9   dba Asia Corporate News Network

10

11                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12

13                                              C07      05061    SI

14   Japan Corporate News Network K.K., a
     California Partnership, dba Asia          Case No.
15   Corporate News Network,

16              Plaintiffs,                     COMPLAINT FOR
                                                CYBERSQUATTING *IN REM*
17        vs.
                                                (PURSUANT TO 15 USC
18   ACNNEWSWIRE.COM, an Internet               §1125(d)(2)(A))
     domain name;
19   ACNNEWSWIRE.ORG, an Internet
     domain name;
20   ACNNEWSWIRE.NET, an Internet
     domain name;
21   ACN-NEWSWIRE.COM, an Internet
     domain name: and                           JURY TRIAL DEMANDED
22   ACN-NEWSWIRE.NET, an Internet
     domain name.
23

24              Defendants.
                                                BY FAX
25

26

27

28

                                                COMPLAINT

1    Plaintiff Japan Corporate News Network K.K. dba Asia Corporate News Network

2  ("JCN" or "Plaintiff") alleges as follows:

3

4                          INTRODUCTION

5    1.    JCN is the owner of the trademarks: JCN Newswire (the "JCN Mark") and

6  ACN Newswire (the "ACN Mark").  JCN brings this action to recover domain names

7  stolen by its former employee, Timothy Mckinnon ("Mckinnon").

8    2.    JCN was the registrant of the domain names, ACNNEWSWIRE.COM,

9  ACNNEWSWIRE.NET, ACNNEWSWIRE.ORG  (hereinafter, the "ACN Domains") from

10 May, 2005 until July, 2007, when Mckinnon gained unauthorized access to Plaintiff's e-

11 mail address and transferred the ACN Domains, without Plaintiff's authorization or

12 consent, from the domain name registrar Network Solutions.com, L.L.C. ("Network

13 Solutions") to a second domain name registrar, GoDaddy.com, Inc. ("GoDaddy").

14   3.    Mckinnon also unlawfully registered additional domain names containing

15 the ACN Mark, specifically, ACN-NEWSWIRE.COM, and ACN-NEWSWIRE.NET (the

16 "Additional ACN Domains"), again without Plaintiff's authorization or consent.  Despite

17 JCN's demands, Mckinnon has refused to transfer the ACN Domains and the Additional

18 ACN Domains (collectively, the "Disputed Domains") to JCN.

19   4.    Upon information and belief, Mckinnon has registered, transferred, and

20 trafficked in the Disputed Domains with the bad-faith intent of profiting from the goodwill

21 established by JCN in the JCN Mark and the ACN Mark.  Both the JCN Mark and ACN

22 Mark have acquired secondary meaning, substantial goodwill, and common-law

23 trademark rights.   To unlawfully capitalize on this goodwill, Mckinnon has attempted to

24 represent himself as ACN Newswire to third parties, including but not limited to third

25 parties with whom JCN has an existing contractual relationship.

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

## JURISDICTION AND VENUE

5.      This Court has *in rem* subject matter jurisdiction over the Disputed Domains pursuant to 28 U.S.C. §1338(a) and 15 U.S.C. §1125(d)(2), as the domain names constitute personal property located within the territorial jurisdiction of the United States and this District.

6.      Pursuant to 15 U.S.C. §1125(d)(2)(A)(ii)(II), Plaintiff has, through due diligence, been unable to locate the current registrant of the Disputed Domains.  Plaintiff has sent a notice of the alleged violation and intent to proceed under the above statute to the current registrant at the postal and e-mail addresses provided by the registrant to the registrar.  Accordingly, Plaintiff is entitled by statute to bring this *in rem* action.

7.      Additionally, upon information and belief, Plaintiff is currently unable to obtain *in personam* jurisdiction over the current registrant of the Disputed Domains, who, upon information and belief, resides in Australia.  Accordingly, Plaintiff is entitled by statute to bring this *in rem* action pursuant to 15 U.S.C. §1125(d)(2)(A)(ii)(I).

8.      Venue is proper in this judicial district pursuant to 15 U.S.C. §1125(d)(2)(A) because Verisign, Inc., the registry of ACNNEWSWIRE.COM, ACNNEWSWIRE.NET, ACN-NEWSWIRE.COM, and ACN-NEWSWIRE.NET, is located in this District.

## INTRADISTRICT ASSIGNENT

9.      For the purposes of Local Rule 3-2(c), this action arises in San Jose, where a substantial part of the events or omissions which give rise to the claims alleged herein occurred and in which a substantial part of the property that is the subject of this action is located.

## PARTIES

10.      JCN is a California Partnership which has acquired common law ownership over the JCN Mark and the ACN Mark.  JCN also has pending federal service mark registrations for the JCN Mark and the ACN Mark with the United Stated Patent and

COMPLAINT

1  Trademark Office.  JCN resides at 900 Euclid Street # 405, Santa Monica California

2  90403.

3       11.     JCN has entered into an exclusive license with its affiliated Japanese entity,

4  Japan Corporate News Network K.K. ("JCN Japan") whereby JCN exclusively licenses

5  the JCN Mark and the ACN Mark to JCN Japan, and by express authorization to JCN

6  Japan's wholly owned subsidiary, Asia Corporate News Network (Japan).

7       12.     JCN Japan provides a variety of services which enable companies to reach

8  existing and future stakeholders - analysts, investors, customers, business partners,

9  suppliers and media - in English and Japanese.  One such service is "JCN Newswire".

10  JCN Newswire provides corporate press releases to online financial and media

11  destinations, via news networks, databases, Internet portals and specialist websites.

12       13.     The WHOIS records of the domain name registrar for the ACN Domains

13  show that the current registrant is Asia Corporate News Network Pty Ltd, located at P.O.

14  Box Q1299, Sydney, New South Wales 1230.  The administrative contact is listed as Tim

15  Mckinnon, Asia Corporate News Network Pty Ltd, P.O. Box Q1299, Sydney, New South

16  Wales 1230, with a listed phone number of +61-2-9999-5810, and an e-mail address of

17  tim.mckinnon@acnnewswire.net[1].

18       14.     The WHOIS records of the domain name registrar for the Additional ACN

19  Domains show that the current registrant is E-comm Pty Ltd, also located at P.O. Box

20  Q1299, Sydney, New South Wales 1230.  The administrative contact is also listed as Tim

21  Mckinnon, Asia Corporate News Network Pty Ltd, P.O. Box Q1299, Sydney, New South

22  Wales 1230, this time with a listed phone number of (041)397-2975, and an e-mail

23  address of mckint@ecomm.net.au.

24

25  ///

26

---

27  [1] Additionally, one of the ACN Domains lists the e-mail address to be
webmechanic@telstra.com.

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

COMPLAINT

## DOMAIN NAME REGISTRAR AND REGISTRY

15.    The domain name registrar for the Disputed Domains is GoDaddy, located in Scottsdale, Arizona.

16.    The domain name registry for the Disputed Domains is Verisign, Inc., a Delaware corporation having its principal place of business in the Northern District of California at 487 East Middlefield Road, Mountain View, California 94043.

## BRIEF FACTUAL BACKGROUND

17.    In or around December, 2003, JCN registered the fictitious business name, Asia Corporate News Network, in Los Angeles County.

18.    In or around January, 2004, Mckinnon began working for JCN in Japan as a database contractor to configure the company's news feeds.  At his request, Mckinnon began working in both Japan and Australia on behalf of JCN.

19.    In or around May, 2005, JCN, via one of the JCN partners, Bruce Porter, registered the ACN Domains with Network Solutions.

20.    In or around 2006, JCN asked Mckinnon to create websites for the ACN Domains registered by JCN.  To date, JCN has paid Mckinnon over $70,000 for his services with JCN, including but not limited to creating the websites for the ACN Domains.

21.    JCN recently learned that on or about September 29, 2006, Mckinnon unlawfully accessed the JCN email address associated with the ACN Domains, and changed the email on file to Mckinnon's then-existing email address (tim.mckinnon@japancorp.net), without JCN's consent or authorization.  JCN has further learned that on or about July 10, 2007, Mckinnon reset the emails on file to a different email address (tim.mckinnon@acnnewswire.net), again without JCN's consent or authorization.

22.    The following day, on or about July 11, 2007, Mckinnon changed the name on the account holding the ACN Domains from "Bruce Porter" to "Tim Mckinnon".  On

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

COMPLAINT

1   that date Mckinnon also initiated a transfer of the ACN Domains to GoDaddy, where they
2   are presently registered under Mckinnon's name, again, all without JCN's consent or
3   authorization.

4       23.    The WHOIS ownership record for the Additional Domain Names reveals
5   that around the same time, on or about July 9, 2007, Mckinnon registered the Additional
6   Domain Names with GoDaddy. Mckinnon did so without JCN's consent or authorization.

7       24.    Upon information and belief, Mckinnon stole the ACN Domains and
8   registered the Additional ACN Domains for the purpose of unlawfully exploiting the
9   goodwill of Plaintiff's JCN and ACN Marks.

10      25.    On September 12, 2007, Plaintiff sent a demand letter via Registered First
11  Class International Mail with return receipt requested to the mailing address listed in the
12  WHOIS ownership record, and via e-mail to tim.mckinnon@acnnewswire.net and
13  mckint@ecomm.net.au. On September 28, 2007, Plaintiff sent the same demand letter
14  via e-mail to webmechanic@telstra.com. A true and correct copy of the demand letter is
15  attached hereto as Exhibit A.

16      26.    The letter was not returned to Plaintiff, nor did Plaintiff receive an error
17  message about the non-deliverability of the emails sent to the
18  tim.mckinnon@acnnewswire.net, mckint@ecomm.net.au, and
19  webmechanic@telstra.com e-mail addresses. To date, Plaintiff has received no
20  response from Mckinnon to the demand letter, nor has it received a return receipt for the
21  same.

22      27.    In recent months, JCN has also attempted to reach Mckinnon informally via
23  telephone and email. However, after the theft, Mckinnon ceased all contact with JCN.
24  Upon information and belief, Mckinnon has recently been operating in a nomadic fashion,
25  using a laptop and a P.O. Box to avoid identification and service.

26

27  ///

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

6                                                                    COMPLAINT

CLAIM FOR RELIEF

**Cybersquatting Under Section 43(d) of The Lanham Act, 15 USC §1125(d)(2)(A)**

28.    Plaintiff re-alleges and incorporates herein the above Paragraphs 1-27.

29.    The actions as described above, including Mckinnon's continued use of the Disputed Domains, constitute use of Plaintiff's ACN Mark and name in violation of Section 43(d) of the Lanham Act, 15 U.S.C. §1125(d)(2).

30.    As a direct and proximate result of the actions, conduct, and practices of alleged above, including Mckinnon's continued use of the Disputed Domains in connection with its website, and Mckinnon's bad faith intent, Plaintiff has been damaged and will continue to be damaged.

31.    Plaintiff has no adequate remedy at law.


PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays this Court enter judgment in its favor on the claims set forth above, and further prays an award to Plaintiff of:

1.  A preliminary and permanent injunction and judgment ordering the transfer of the registration and control of the Disputed Domains to Plaintiff; and

2.  Such further relief to which Plaintiff may be entitled as a matter of law or equity, or which the Court determines to be just and proper.


Respectfully Submitted,

DATED:  October 1, 2007

                        KRONENBERGER BURGOYNE, LLP

                        By:

                        Karl S. Kronenberger
                        Deepa Krishnan
                        Attorneys for Plaintiff

7                                            COMPLAINT

1

## DEMAND FOR JURY TRIAL

2

3  Plaintiff hereby demands a trial of this action by jury.

4

5  Respectfully Submitted,

6

7  DATED:  October 1, 2007

8

KRONENBERGER BURGOYNE, LLP

9

10  By: _____

11          Karl S. Kronenberger
            Deepa Krishnan
12          Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.kronenbergerlaw.com

8

COMPLAINT