# United States District Court

**E-FILING** NORTHERN DISTRICT OF CALIFORNIA

**ADR**

Japan Corporate News Network K.K., dba Asia Corporate News Network

V.

ACNNEWSWIRE.COM, ACNNEWSWIRE.ORG, ACNNEWSWIRE.NET, ACN-NEWSWIRE.COM, ACN-NEWSWIRE.NET

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07 05061 SI**

TO: (Name and address of defendant)

ACNNEWSWIRE.COM, ACNNEWSWIRE.ORG, ACNNEWSWIRE.NET, ACN-NEWSWIRE.COM, ACN-NEWSWIRE.NET
c/o Timothy Mckinnon, PO BOX Q1299, Queen Victoria Building
Sydney, New South Wales 1230
Australia
tim.mckinnon@acnnewswire.net; mckint@ecomm.net.au; webmechanic@telstra.com

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karl S. Kronenberger
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

an answer to the complaint which is herewith served upon you, within ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

*(signature)*

(BY) DEPUTY CLERK

DATE OCT - 1 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
             Date                              Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure