KRONENBERGER BURGOYNE, LLP
Karl S. Kronenberger (Cal. Bar No. 226112)
    karl@kronenbergerlaw.com
Deepa Krishnan (Cal. Bar No. 228664)
    deepa@kronenbergerlaw.com
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff
Japan Corporate News Network K.K.,
a California Partnership
dba Asia Corporate News Network

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Japan Corporate News Network K.K., a California Partnership, dba Asia Corporate News Network,

    Plaintiffs,

vs.

ACNNEWSWIRE.COM, an Internet domain name;
ACNNEWSWIRE.ORG, an Internet domain name;
ACNNEWSWIRE.NET, an Internet domain name;
ACN-NEWSWIRE.COM, an Internet domain name; and
ACN-NEWSWIRE.NET, an Internet domain name,

    Defendants.

Case No. C 07 05061 SI

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) Bruce Porter, a partner of Japan Corporate News Network K.K., a California Partnership;

(2) Jane Porter, a partner of Japan Corporate News Network K.K., a California Partnership;

(3) Japan Corporate News Network K.K., Japan, licensee of the JCN Newswire and ACN Newswire trademarks;

(4) Asia Corporate News Network, Japan; wholly owned subsidiary of Japan Corporate News Network K.K., Japan, licensee of the JCN Newswire and ACN Newswire trademarks;

(5) Timothy Mckinnon, current registrant of record of the Defendant Internet domain names.

Respectfully Submitted,

DATED: October 1, 2007

KRONENBERGER BURGOYNE, LLP

By: /s/ 
Karl S. Kronenberger
Deepa Krishnan
Attorneys for Plaintiff