**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Cal. Bar No. 226112)
  karl@kronenbergerlaw.com
Deepa Krishnan (Cal. Bar No. 228664)
  deepa@kronenbergerlaw.com
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158

**Attorneys for Plaintiff**
Japan Corporate News Network K.K.,
a California Partnership
dba Asia Corporate News Network

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Japan Corporate News Network K.K.,** a California Partnership, dba Asia Corporate News Network,<br><br>Plaintiffs,<br><br>vs.<br><br>**ACNNEWSWIRE.COM,** an Internet domain name;<br>**ACNNEWSWIRE.ORG,** an Internet domain name;<br>**ACNNEWSWIRE.NET,** an Internet domain name;<br>**ACN-NEWSWIRE.COM,** an Internet domain name; and<br>**ACN-NEWSWIRE.NET,** an Internet domain name,<br><br>Defendants. | Case No. C-07-05061-SI<br><br>**NOTICE OF SETTLEMENT; STIPULATED DISMISSAL OF COMPLAINT AND TRANSFER OF DOMAINS; [PROPOSED] ORDER** |

WHEREAS, on October 1, 2007, Japan Corporate News Network K.K., a California Partnership, dba Asia Corporate News Network ("JCN") filed a Complaint (the "Complaint") against ACNNEWSWIRE.COM, an Internet domain name; ACNNEWSWIRE.ORG, an Internet domain name; ACNNEWSWIRE.NET, an Internet domain name; ACN-NEWSWIRE.COM, an Internet domain name; and ACN-NEWSWIRE.NET, an Internet domain name (collectively, the "ACN Domains");

WHEREAS, Timothy Mckinnon ("Mckinnon") is the registrant of record of the ACN Domains;

WHEREAS, the Registrar of the ACN Domains, Godaddy.com, Inc., has placed the ACN Domains on Registrar Lock and informed the Court via declaration dated October 3, 2007 that "the Domain Names should be construed to be under the dominion and control of the court until such time as GoDaddy.com, Inc. receives further instruction with regard to the Domain Names";

WHEREAS, Mckinnon and JCN have reached a settlement which includes a transfer of the ACN Domains, and a dismissal of the Complaint without prejudice;

WHEREAS, Mckinnon and JCN request that the Court give final direction to the Registrar, GoDaddy.com, Inc., as to the dominion and control of the ACN Domains which now reside with the Court;

///

**IT IS HEREBY STIPULATED AND AGREED** by and between JCN and Mckinnon that:

(1) The ACN Domains shall be transferred to JCN, via its General Partner, Bruce Porter; and,

(2) The Complaint shall be dismissed without prejudice.

DATED: October 23, 2007

By: _____
Timothy Mckinnon, Registrant of Record of the ACN Domains

DATED: October 23, 2007

**KRONENBERGER BURGOYNE, LLP**

By: _____
Karl S. Kronenberger
Deepa Krishnan
Attorneys for Plaintiff, Japan Corporate News Network K.K., a California Partnership, dba Asia Corporate News Network

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

# [PROPOSED] ORDER

Based on the foregoing stipulation, and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

(1) Godaddy.com, Inc. shall unlock the following Domains and transfer them to JCN, via its General Partner, Bruce Porter:

ACNNEWSWIRE.COM;

ACNNEWSWIRE.ORG;

ACNNEWSWIRE.NET;

ACN-NEWSWIRE.COM;

ACN-NEWSWIRE.NET; and,

(2) This Action shall be dismissed without prejudice.

IT IS SO ORDERED.

Dated: _____, 2007

_____
Hon. Susan Illston
United States District Judge

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On October 23, 2007 I served the following document(s):

1. **NOTICE OF SETTLEMENT; STIPULATED DISMISSAL OF COMPLAINT AND TRANSFER OF DOMAINS; [PROPOSED] ORDER**

on the parties listed below as follows:

| | |
|---|---|
| Timothy McKinnon<br>PO BOX Q1299<br>Queen Victoria Building<br>Sydney, New South Wales 1230<br>Australia<br>mckint@ecomm.net.au<br>[Courtesy copy] | Diane E. Whiting<br>Domain Services<br>Godaddy.com, Inc.<br>14455 N. Hayden Rd., Suite 219<br>Scottsdale, AZ 85260<br>domaindisputes@godaddy.com<br>[Courtesy copy] |

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[X] BY EMAIL to the addresses listed above.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Pete Touschner*
Pete Touschner